972

No. 80–1548.   ESTY ET AL. v. O'NEAL, ADMINISTRATRIX. C. A. 2d Cir.   Certiorari denied.

No. 80–1605.   DELELLO v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 80–1645.   DEPALMA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–1649.   PAYNE v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 80–1657.   FLETCHER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 80–1660.   CORONADO v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80–1671.   HAZELIP v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–5918.   LEACH v. GRECO, WARDEN, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6093.   TOURTILLOTT v. OREGON.   Sup. Ct. Ore. Certiorari denied.

No. 80–6102.   BARRERA v. WISCONSIN.   Sup. Ct. Wis. Certiorari denied.

No. 80–6112.   WILLIAMS v. ENGLE, CORRECTIONAL SUPER-INTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 80–6145.   BOWDEN v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.